ROBERT M. SEINES
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99206
509-844-3723
fax 509-255-6003

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL F. BISSON, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. <br><br> COMPLAINT FOR DAMAGES |

**JURISDICTION AND VENUE**

1. As more fully explained below, this action involves a tort claim asserted against the defendant United States of America pursuant to the Federal Tort Claims Act. This court has subject matter jurisdiction of the action pursuant to 28 U.S.C. §1346(b).

2. This court has supplemental jurisdiction over all other claims in this action under 28 U.S.C.§1367(a) because those claims are directly related to the claim asserted against the defendant United States of America and they form part of the case or controversy under Article III of the United States Constitution.

COMPLAINT FOR DAMAGES

Page 1 of 7

ROBERT M. SEINES
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99019
(509) 844-3723   fax (509) 255-6003
rseines@msn.com

3.  The acts and omissions upon which the tort claims occurred within the Eastern District of Washington and venue is proper in this District pursuant to 28 U.S.C. §1391(e).

## PARTIES

4.  At all material times, plaintiff Michael F. Bisson was an adult residing in Kootenai County, Idaho.

5.  At all material times, defendant United States of America was a sovereign nation.

6.  At all material times the Kalispel Tribe of Indians was a sovereign nation.

7.  At all material times the United States of America had supervisory authority over the Kalispel Tribe's law enforcement activities and personnel pursuant to a contract under the Indian Self-Determination and Education Assistance Act, 25 U.S.C. Chapter 46.

## ADMINISTRATIVE CLAIMS

8.  On March 27, 2020 plaintiff Michael Bisson timely and properly submitted a Standard Form 95 to the Department of the Interior pursuant to 28 U.S.C. §§2671-80. The claim was received by the Department of the Interior on March 30, 2020 and forwarded by the Department to the Office of the Solicitor for processing. The claim was assigned case number TPB-20-0314.

9.  The claim was denied by the United States Department of Interior by letter dated October 20, 2020. The denial was subject to a request for

COMPLAINT FOR DAMAGES

Page 2 of 7

ROBERT M. SEINES
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99019
(509) 844-3723   fax (509) 255-6003
rseines@msn.com

reconsideration within six months of the date of the letter. Plaintiff Michael F. Bisson sought reconsideration on April 27, 2021.

10. The United States Department of Interior denied reconsideration and rejected plaintiff Michael Bisson's claims by letter dated November 17, 2021.

**FACTS**

11. On July 16, 2019 at approximately 0655 Jesse Aston was driving a 2012 Dodge Charger owned by the Kalispel Tribe of Indians. He was traveling Westbound on I90 near milepost 285.8. Jesse Aston is believed to be a Kalispel Tribal Police Officer and on duty at that time. Michael Bisson was ahead and in the same lane as Jesse Aston. Michael Bisson slowed down due to traffic congestion along with other surrounding vehicles and came to a stop. Jesse Aston failed to apply his brakes and smashed into the rear of Mr. Bisson's vehicle. The force of the collision also pushed Mr. Bisson into the vehicle in front of him. The third vehicle struck the car in front of it. All four vehicles sustained extensive damage.

12. Mr. Bisson suffered serious physical injuries for which he is receiving medical treatment to the present date and into the future. His injuries are most likely permanent, and he will suffer progressing disability into the

COMPLAINT FOR DAMAGES

Page 3 of 7

ROBERT M. SEINES
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99019
(509) 844-3723   fax (509) 255-6003
rseines@msn.com

future. This will require increasingly invasive medical treatment including back surgery.

## CAUSE OF ACTION
### (Negligence/Gross Negligence)

13. Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 12 above as though fully set forth herein.

14. At all times material hereto, Officer Jesse Astin was driving a vehicle owned by the Kalispel Tribe of Indians. He was acting in the service and employ as a law enforcement officer for the Kalispel Tribal Police. He was acting within the scope of his employment. Defendant United States of America had direct supervisory authority over Officer Jesse Astin pursuant to a contract with the Kalispel Tribe of Indians under the Indian Self-Determination and Education Assistance Act, 25 U.S.C. Chapter 46

15. Officer Jesse Aston owed a duty to Michael Bisson to not follow Michael Bisson's vehicle more closely than was reasonable and prudent having due regard for the speed of such vehicles and the traffic upon and the condition of the highway.

16. Officer Jesse Aston owed a duty to Michael Bisson to drive his vehicle at a speed not greater than was reasonable and prudent under the conditions and having regard to the actual and potential hazards then existing.

COMPLAINT FOR DAMAGES

Page 4 of 7

ROBERT M. SEINES
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99019
(509) 844-3723   fax (509) 255-6003
rseines@msn.com

17. Officer Jesse Aston owed a duty to Michael Bisson to control the speed of his vehicle as was necessary to avoid colliding into the rear of Michael Bisson's vehicle.

18. Officer Jesse Aston breached the above-described duties he owed to Michael Bisson.

19. Officer Jesse Aston's breach of duties is a proximate, factual, and legal cause of the injuries and damages sustained by Michael Bisson.

20. Michael Bisson sustained bodily injuries as a result of the breach of duties by Officer Jesse Aston, and he has incurred general and special damages in categories and amounts to be proved at trial.

## DAMAGES

As a consequence of the tortious acts of the Defendant, the Plaintiff is entitled to recover special and general damages as set forth below:

25. General noneconomic damages for pain and suffering, impairment of the capacity to enjoy life, permanent physical injuries, aggravation and inconvenience, and mental anguish and distress as a result of said injuries, in amounts not now precisely known, the exact amounts to be proven at trial.

COMPLAINT FOR DAMAGES

Page 5 of 7

ROBERT M. SEINES
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99019
(509) 844-3723   fax (509) 255-6003
rseines@msn.com

26. Special economic damages for reasonable and necessary medical expenses incurred by the Plaintiff since July 16, 2019 and into the future;

27. Special economic damages for lost wages, past, present and future, incurred since July 16, 2019, by the Plaintiff because of his inability to work and pursue his usual job and/or occupation, and for the time he has taken off work for medical treatment;

28. All of the special economic damages are for a sum certain, and readily ascertainable, and the Plaintiff is entitled to prejudgment interest on those special damages.

**RELIEF REQUESTED**

**WHEREFORE**, Plaintiff demands that the Court enter judgment against the defendant United States of America as follows:

1. For a judgment of liability against Defendant and for an award of damages as set forth in the complaint herein;

2. For prejudgment interest, all costs of suit incurred herein, and for statutory and reasonable attorney's fees as may be awarded by the Court;

3. For interest on the judgment herein at the highest statutory rate; and

COMPLAINT FOR DAMAGES

Page 6 of 7

ROBERT M. SEINES
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99019
(509) 844-3723   fax (509) 255-6003
rseines@msn.com

4.  For such other and further relief as the Court deems just and equitable.

DATED this 6th day of May, 2022.

_____
Robert M. Seines, WSBA No. 16046
Attorney for Michael F. Bisson

COMPLAINT FOR DAMAGES

Page 7 of 7

ROBERT M. SEINES
Attorney at Law
P.O. Box 313
Liberty Lake, WA 99019
(509) 844-3723  fax (509) 255-6003
rseines@msn.com